AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Lance Carter          **JUDGMENT IN A CIVIL CASE**
                                           CASE NUMBER: 01-CV-655S

v.

M. McGinnis, Superintendent

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition is dismissed. Further a certificate of appealability is denied and leave to appeal as a poor person is denied.

Date: 8/3/05                                                RODNEY C. EARLY, CLERK

                                                         By:     s/Deborah M. Zeeb
                                                                      Deputy Clerk